# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JANE KNICKERBOCKER<br><br>    Plaintiff,<br>v.<br><br>AXCESS FINANCIAL SERVICES, INC.<br><br>    Defendant. | Case No. 4:16-cv-1516<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL

COMES NOW, JANE KNICKERBOCKER ("Plaintiff"), giving notice of voluntary dismissal of AXCESS FINANCIAL SERVICES, INC. ("Defendant") without prejudice, and would show as follows:

1. Plaintiff filed her complaint on May 31, 2016.

2. Plaintiff has not yet received a Return of Summons Executed as to Defendant; however, Plaintiff's counsel was contacted by counsel for Defendant regarding this case.

3. Defendant has neither answered Plaintiff's Complaint, nor has Defendant filed a motion for summary judgment.

4. Accordingly, pursuant to FED. R. CIV. P 41(a), Defendant may be dismissed without prejudice and without an Order of the Court.

Dated: August 10, 2016                    Respectfully submitted,

/s/ *Jarrett L. Ellzey*
Jarrett L. Ellzey
State Bar No. 24040864
William Craft Hughes
**HUGHES ELLZEY, LLP**
Suite 1120 - Galleria Tower 1
2700 Post Oak Blvd.
Houston, TX  77056-5767
Tel: 713-554-2377
Fax: 888-995-3335
Email: jarrettt@hughesellzey.com
craft@hughesellzey.com

*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I certify a copy of the foregoing document was filed in accordance with the protocols for e-filing in the United States District Court for the Southern District of Texas, Houston Division, on August 10, 2016, and will be served on all counsel of record who have consented to electronic notification *via* CM/ECF.

                                               */s/ Jarrett L. Ellzey*
                                               Jarrett L. Ellzey