United States District Court
Southern District of Texas
**ENTERED**
August 18, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANE KNICKERBOCKER, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-1516 |
| § | |
| AXCESS FINANCIAL SERVICES, INC., § § | |
| Defendant. § | |

### ORDER OF DISMISSAL ON NOTICE

The plaintiff in the above styled and numbered cause of action has filed a notice of dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Accordingly, it is Ordered that this case is dismissed without prejudice.

SIGNED on this 18th day of August, 2016.

_____
Kenneth M. Hoyt
United States District Judge